No. 843. GYPSY OIL CO. *v.* OKLAHOMA TAX COMM'N ET AL.
Argued May 4, 1934. Decided May 7, 1934. *Per Curiam:* The decree dismissing the bill of complaint is affirmed upon the ground that the District Court was without jurisdiction because the requisite jurisdictional amount was not involved. *Healy* v. *Ratta, ante,* p. 263. *Mr. James B.*

*Diggs,* with whom *Messrs. Russell G. Lowe, Wm. C. Liedtke, Redmond S. Cole,* and *C. L. Billings* were on the brief, for appellant. *Messrs. C. W. King, George W. Selinger,* and *W. D. Humphrey* were on the brief for appellees.